## YVONNE CLOUTIER *v.* LIBERTY MUTUAL INSURANCE COMPANY
### (AC 18918)

Landau, Spear and Hennessy, Js.

Argued September 13—officially released October 24, 2000

Per Curiam. The judgment is affirmed.

## JAMES KIELEY *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 20067)

Landau, Spear and Hennessy, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.

## BIJAY SHANKAR SAHA *v.* PRITI DUTTA SAHA
### (AC 20126)

Landau, Spear and Hennessy, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.